# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Jackson | 29842 | 04/21/2010 | Affirmed and Remanded |
| State v. Tia | 29615 | 09/10/2010 | Vacated and Remanded |
| State v. Kekona | 29853 | 09/22/2010 | Affirmed |
| State v. Parel | 28749 | 09/23/2010 | Affirmed |
| Kokualani v. Way of Salvation Church | 28331, 28919 | 09/23/2010 | Affirmed |
| Cox v. Cox | 29593 | 09/27/2010 | Affirmed |
| Jungblut v. Nishio | 29997 | 09/30/2010 | Vacated and Remanded |
| Water Use Permit Applications, In re | 28108 | 10/13/2010 | Vacated and Remanded |
| State v. Sanes | 29732 | 10/27/2010 | Affirmed |
| Lee v. County of Hawai'i | 28668 | 10/28/2010 | Vacated and Remanded |
| Apilando v. State | 29930 | 10/28/2010 | Vacated and Remanded |
| State v. Schnabel | 29390 | 11/12/2010 | Affirmed |
| Beam v. Beam | 30169 | 11/15/2010 | Affirmed |
| Bantoy v. Arakaki Mechanical LLC | 29368 | 11/23/2010 | Vacated and Remanded |
| Pila'a 400, LLC v. Andrade | 28854 | 11/30/2010 | Affirmed |
| State v. Veikoso | 30138 | 12/09/2010 | Affirmed in part and Vacated in part |
| Allstate Ins. Co. v. Silva | 28243 | 12/09/2010 | Vacated |
| State v. Hanohano | 30246 | 12/20/2010 | Affirmed in part and Vacated in part |
| State v. Lankford | 29287 | 05/13/2011 | Affirmed |
| Doe v. Doe | 30239 | 05/19/2011 | Affirmed |
| Hou v. University of Hawai'i Institute for Astronomy | 29032 | 05/24/2011 | Affirmed |
| Loher v. State | 29818 | 05/31/2011 | Affirmed |
| State v. Pflueger | 30369, 30419 | 06/23/2011 | Affirmed |
| CFI, Inc. v. Hamakua Coast Realty, Inc. | 29210 | 07/07/2011 | Vacated and Remanded |
| Durrett v. ACT, Inc. | 28704 | 07/12/2011 | Affirmed |
| State v. Dabis | 30227 | 07/29/2011 | Affirmed |
| Hawaii Housing Finance and Development Corp. v. Tachera | 28915 | 09/15/2011 | Affirmed |